**Carl C. CROWLEY, Respondent,**

v.

**Mervin G. CROWLEY, Defendant,**

**Luetta M. Crowley, Appellant.**

**No. WD 51913.**

Missouri Court of Appeals,
Western District.

Submitted July 9, 1996.

Decided Oct. 15, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1996.

Application to Transfer Denied
Jan. 21, 1997.

Gregory E. Eufinger, Jr., Kansas City, for appellant.

Richard E. McFadin, Gallatin, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Luetta Crowley appeals a judgment in favor of Carl Crowley on her counterclaims for quantum merit for the rental value of property, and the reasonable value of storing soybeans. Having carefully reviewed her contentions and the record, this court finds no error in the trial court rulings.

The judgment is affirmed. Rule 84.16(b). The decision is without precedential value. The parties have been furnished a memorandum as to the reasons for the decision.